UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing

Case No: 24-13099 CMG

Chapter: 13

Judge: Christine M. Gravelle

In Re:
Charles A Heyler III

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 05/28/2024

/s/ *Denise Carlon*
NJ BK
28 May 2024, 17:23:05, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

new 8/1/15

Document ID: cc6ff7b08777955cdb54d42f018f07e2bf3628f20e31e51cc5220c6eb69063c9