UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: apattison@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

| In Re: | Case No.: 24-13099-CMG |
|---|---|
| Charles A Heyler, III | Chapter: 13 |
| Debtor(s). | Judge: Christine M. Gravelle, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

> Hill Wallack LLP
> 21 Roszel Road, P.O. Box 5226
> Princeton, NJ 08543

DOCUMENTS:

- ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
- ☑ All documents and pleadings of any nature.

By: */s/ Angela C. Pattison*

Dated: June 11, 2024

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: apattison@hillwallack.com<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | |
| In Re:<br><br>Charles A Heyler, III<br><br>              Debtor(s). | Case No.: 24-13099-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

# CERTIFICATION OF SERVICE

1. I, Latesha Jenkins:

    ☐ represent _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On June 11, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 11, 2024

                                                  */s/ Latesha Jenkins*
                                                  Latesha Jenkins

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles A Heyler, III<br>174 Marlboro Rd.<br>Old Bridge, NJ 08857 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Camille J Kassar<br>Law Offices of Camille Kassar, LLC<br>35 Northwest Street<br>Lincoln Park, NJ 07035 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.